

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC -8 AM 10: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-344 |
| v. | * | SECTION: "N" |
| OWEN ROBINSON | * | |

\*   \*   \*

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE LOUIS MOORE, UNITED STATES MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Matthew M. Coman, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **OWEN ROBINSON, DOC#** 390783, is now confined in the Pine Prairie Correctional Center, 1133 Hampton Dupree Road, Pine Prairie, Louisiana and is in the custody of the Sheriff of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **OWEN ROBINSON** is charged in the United States District Court for the Eastern District of Louisiana with violations of Title 18, United States

DATE OF ENTRY
DEC 9 2004

Code, Sections 922(g)(1) and 924(a)(2) and that it is necessary for the said **OWEN ROBINSON** to appear for an initial appearance on a Rule to Revoke Supervised Release and for a Supervised Release Hearing (Not yet set) in the United States District Court for the Eastern District of Louisiana on or before the **16th** day of **December 2004** at **2:00 p.m.**, before United States Magistrate Judge Louis Moore, Jr., 500 Poydras, Room B-407, New Orleans, Louisiana, after Supervised Release Hearing, he is to be returned to the custody of the Sheriff of Pine Prairie Correctional Center.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a Writ of Habeas Corpus ad Prosequendum to issue from this Court to the Sheriff of Pine Prairie Correctional Center, requiring him to surrender the body of the said **OWEN ROBINSON** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal in the United States District Court for the Eastern District of Louisiana on or before the **16th** day of **December 2004**, at **2:00 p.m.** before United States Magistrate Judge Louis Moore, Jr., 500 Poydras Street, Room B-407, New Orleans, Louisiana, to appear for an initial appearance on a Rule to Revoke Supervised Release and a Supervised Release Hearing (Not yet set) and thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or by any other United States Marshal, or one of his authorized

deputies, to Pine Prairie Correctional Center and there be surrendered to the Sheriff of said institution, or one of his authorized deputies.

         Respectfully submitted,

         JIM LETTEN
         UNITED STATES ATTORNEY

         _____
         MATTHEW M. COMAN
         Assistant United States Attorney
         Louisiana Bar Roll No. 23613
         500 Poydras Street, Room 210B
         New Orleans, Louisiana 70130
         Telephone: (504) 680-3116

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-344 |
| v. | * | SECTION: "N" |
| OWEN ROBINSON | * | |

\* \* \*

**ORDER**

Let a writ of habeas Corpus ad Prosequendum be issued to the Sheriff of Pine Prairie Correctional Center or one of his authorized deputies, ordering and directing said Sheriff of the said institution, or one of his authorized deputies, to surrender the body of **OWEN ROBINSON** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the said United States Marshals for the Eastern District of Louisiana on or before the **16th** day of **December 2004**, at **2:00 p.m.**, before United States Magistrate Court Judge Louis Moore, Jr., 500 Poydras Street, Room B-407, New Orleans, Louisiana, to appear for an initial appearance on a Rule to Revoke Supervised Release and a Supervised Release Hearing (Not yet set) and thereafter be

returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or one of his authorized deputies, to Pine Prairie Correctional Center and there be surrendered to the Sheriff of said institution, or one of his authorized deputies.

New Orleans, Louisiana, this 8th day of December 2004.

UNITED STATES MAGISTRATE JUDGE