

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2004 DEC -8 AM 10: 55
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-344 |
| v. | * | SECTION: "N" |
| OWEN ROBINSON | * | |

\* \* \*

### GOVERNMENT'S MOTION AND INCORPORATED MEMORANDUM TO CONTINUE INITIAL APPEARANCE

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney to move this court to continue the initial appearance on a supervised release violation presently scheduled for December 7, 2004 at 2:00 p.m. for the following reason.

Defendant Owen Robinson was incarcerated in Jefferson Parish Correctional Center, Metairie, Louisiana and was transferred to Pine Prairie Correctional Center, Pine Prairie, Louisiana. The United States Marshal's Office needs approximately two weeks to produce Mr. Robinson.

DATE OF ENTRY
DEC 10 2004

Fee_____
Process_____
X Dktd._____
✓ CtRmDep._____
___ Doc. No._____

**WHEREFORE**, for the above-stated reason, the government asks that the initial appearance on a supervised release in the above-captioned case be continued until the 16th day of December 2004 at 2:00 p.m.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

MATTHEW M. COMAN
Assistant United States Attorney
Bar Roll No. 23613
500 Poydras Street, Room 210B
New Orleans, LA 70130
TEL: 504/680-3116

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-344 |
| v. | * | SECTION: "N" |
| OWEN ROBINSON | * | |

\* \* \*

### ORDER

Considering the motion of the United States of America for a continuance of the initial appearance on a supervised release violation for defendant Owen Robinson and the stated reason,

**IT IS HEREBY ORDERED** that the initial appearance scheduled for December 7, 2004, at 2:00 p.m. is continued until the 16th day of December 2004 at 2:00 p.m.

New Orleans, Louisiana, this 8th day of December 2004.

_____
UNITED STATES MAGISTRATE JUDGE

3