FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC 17 PM 12: 43

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
MOORE, M.J.
DECEMBER 16, 2004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CRIMINAL ACTION

VERSUS                                        NO. **00-344**

OWEN MERLE ROBINSON                           SECTION "N"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:   X / DEFENDANT WITH/(WITHOUT) COUNSEL _____

   X / ASST. U. S. ATTORNEY  MATTHEW COMAN — John Murphy
   X / PROBATION OFFICER MICHAEL E. FULHAM
   __ / INTERPRETER,_____, SWORN  (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
December 23, 2004 at 10:00 am
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
December 20, 2004 at 2:00 pm
**X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
   BEFORE UNITED STATES DISTRICT JUDGE KURT D. ENGELHARDT**

DATE OF ENTRY

DEC 17 2004