FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC 17 PM 12: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CR. NO. **00-344N**

| UNITED STATES OF AMERICA | ) | **O R D E R** |
| | ) _X_/ | Appointing Counsel |
| VERSUS | ) _/ | Substituting Counsel For: |
| | ) | _____ |
| **OWEN MERLE ROBINSON** | ) _/ | Ratifying Prior Service |
| | _/ | Extending Appointment for Appeal |

CHARGE: VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

☐ _ Felony    _ Misdemeanor

☒ The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**VIRGINIA LAUGHLIN SCHLUETER, FEDERAL PUBLIC DEFENDER,**
**500 POYDRAS STREET, ROOM 318, HALE BOGGS FEDERAL BUILDING**
**NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

☐ Federal Public Defender is appointed for the limited purpose of: _____

☐ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is not totally indigent.

☐ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U.S. District Court, for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

☐ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on DECEMBER 16 2004.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit-Clerk's Office (Only if defendant is ordered to pay)

DATE OF ENTRY

DEC 17 2004

__ Fee_____
__ Process____
_X_ Dktd_____
_√_ CtRmDep___
__ Doc. No. 21

# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF _____VS._____ FOR _____ AT _____

PERSON REPRESENTED (Show your full name): **Owen Robinson**

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☑ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 
District Court: **00-344-N**
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed  **City Wholesale**
Name and address of employer: **04 March 2004**
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment _____
How much did you earn per month? $ **6.04/hr.**
If married is your Spouse employed? ☑ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED | SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
VALUE | DESCRIPTION
IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No of Dependents: **2**

List persons you actually support and your relationship to them:
**Wendelisha Robinson age 4**
**Orionne Robinson age 2**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| | **None** | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **12/16/04**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Owen Robinson**