

MINUTE ENTRY
DECEMBER 20, 2004
Chasez, M.J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-344 |
| OWEN MERLE ROBINSON | SECTION: N |

### DETENTION HEARING

PRESENT:   X/DEFENDANT

     X/COUNSEL FOR THE DEFENDANT _Virginia Schlueter_
_500 Poydras St. NOLA 70130_

  X/ASST. U.S. ATTORNEY  _MATTHEW COMAN_

  __/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

__/GOVERNMENT WITNESS(ES) _____

_____

__/DEFENSE WITNESS(ES) _____

_____

```
DATE OF ENTRY
DEC 2 1 2004
```

___ Fee____
___ Process___
X  Dktd _DBC_
✓  CtRmDep __
___ Doc. No. _22_

OWEN MERLE ROBINSON                                    00-344 N
DEFENDANT                                              CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

___/ DEFENDANT IS ENTITLED TO RELEASE.  BOND SET AT

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

_X_/ DEFENDANT IS NOT ENTITLED TO RELEASE.

_X_/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

_X_/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

_X_/ THE DEFENDANT WAIVED (STIPULATED) TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

___/ OTHER: _____

_____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

ORDER OF DETENTION PENDING TRIAL

OWEN MERLE ROBINSON

Case Number: 00-344 N

*Defendant*

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts are established by clear and convincing evidence and require the detention of the defendant pending trial in this case.

### Part I -- Findings of Fact

☐ (1) The defendant has been convicted of a (federal offense)(state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed) that is

  ☐ a crime of violence as defined in 18 U.S.C. §3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.[1]
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)-(C), or comparable state or local offenses.

☐ (2) The offense described in finding 1 was committed while the defendant was on release pending trial for a federal, state or local offense.

☐ (3) A period of not more than five years has elapsed since the (date of conviction)(release of the defendant from imprisonment) for the offense described in finding 1.

☐ (4) Findings Nos. 1 and (2)(3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an)other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings

☐ (1) There is probable cause to believe that the defendant has committed an offense

  ☐ for which a maximum term of imprisonment of ten years or more is prescribed in _____.[2]
  ☐ under 18 U.S.C.§924(c).

☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

☐ (1) _____

☐ (2) _____

☐ (3) There is a serious risk that the defendant will flee.

☐ (4) There is a serious risk that the defendant will (obstruct or attempt to obstruct justice)(threaten, injure, or intimidate a prospective witness or juror).

### Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information[3] submitted at the hearing establishes by clear and convincing evidence that *Defendant is currently in state custody, having been sentenced to a term of imprisonment. He is not entitled to bond because of these charges. The issue of detention is currently MOOT.*

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: *Dec 20, 2004*                              *Alma L Chasez*

*Judicial Officer*

[1] Insert as applicable (a)Controlled Substances Act (21 U S C §801 et seq ),(b)Controlled Substances Import and Export Act (21 U S C §951 et seq ), or (c)Section 1 of Act of Sept 15, 1980(21 U S C §955a)

[2] Insert as applicable (a)Controlled Substances Act (21 U S C §801 et seq ),(b)Controlled Substances Import and Export Act (21 U S C §951 et seq ), or (c) Section 1 of Act of Sept 15, 1980(21 U S C §955a)

[3] "The rules concerning admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the (detention) hearing " 18 U S C §3142(f)

See 18 U S C §3142(g) for the factors to be taken into account