

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-344** |
| v. | * | SECTION: "N" |
| **OWEN ROBINSON** | * | |
| | * * * | |

## RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully represents as follows:

I.

On December 5, 2000, the defendant, Owen Robinson, pled guilty to violating Title 18, United States Code, Section 922(g)(1) in the above-captioned case number and division.

II.

On March 14, 2001, the defendant was sentenced to serve 21 months imprisonment, three (3) years of supervised release following the completion of his term of imprisonment and the defendant was ordered to pay a $3,000.00 fine. A $100.00 special assessment fee was also ordered.

DATE OF ENTRY
DEC 2 2 2004

III.

Defendant has violated the terms and conditions of his supervised release in the manner set forth in Exhibit "A" attached hereto and made part hereof by reference.

IV.

Defendant further violated the terms and conditions of his supervised release by being convicted of simple kidnaping in the 24th Judicial District Court in Gretna, Louisiana on November 18, 2004 under case number 04-1858. In turn, the defendant received a 30 month sentence to be served in the Louisiana Department of Corrections.

**WHEREFORE**, the government prays that the defendant, Owen Robinson, be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before this Court why his supervised release should not be revoked for his failure to abide by the terms and conditions of said supervised release.

New Orleans, Louisiana, this 20th day of December, 2004.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

MATTHEW M. COMAN
Assistant United States Attorney
Bar Roll No. 23613
Hale Boggs Federal Building
500 Poydras Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3116

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ___ day of _____, 20__.

_____
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-344 |
| v. | * | SECTION: "N" |
| OWEN ROBINSON | * | |

\* \* \*

### ORDER

Considering the motion of the United States of America and the facts set forth therein;

**IT IS ORDERED** that the defendant, Owen Robinson, be brought before this Court, that a copy of this Rule be served upon him, and that he show cause, if any he can, on the 2nd day of March, 2005, at 9:30 A.m., why his three (3) year term of supervised release granted by the United States District Court for the Eastern District of Louisiana, should not be revoked for violation of the terms and conditions of said supervised release.

New Orleans, Louisiana, this 22nd day of December, 2004.

_____
UNITED STATES DISTRICT JUDGE

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender :** OWEN MERLE ROBINSON     **Case Number :** 053L 2:00CR00344-001N

**Name of Sentencing Judicial Officer :** Honorable Edith Brown Clement*

*This case was reallotted to the Honorable Kurt D. Engelhardt

**Offense :** 18 U.S.C. 922(g)(1) and 18 U.S.C. 924(a)(2) - Felon in possession of a firearm

**Date of Sentence :** March 14, 2001

**Sentence :** 21 months custody of the Bureau of Prisons, followed by a three year term of supervised release. Robinson was also ordered to pay a $3,000.00 fine at the rate of $500.00 per month. Additionally, a $100.00 special assessment fee was ordered.

**Special Conditions :**

1. Orientation and life skills
2. Financial disclosure
3. Financial restriction
4. Fine in the amount of $3,000.00, to be paid at the rate of $500.00 per month
5. Obtain a General Equivalency Diploma (GED) while incarcerated
6. Drug treatment/testing (Amended on September 4, 2002)

GOVERNMENT EXHIBIT

**Type of Supervision :** Supervised Release     **Date Supervision Commenced :** June 23, 2002
**Assistant U.S. Attorney :** Maurice Landreau     **Defense Attorney :** Virginia Schlueter

---

## PETITIONING THE COURT

[ X ] To issue a warrant to be lodged as a detainer     [ ] To issue a summons

For the arrest of Owen Merle Robinson for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | Robinson was arrested on March 4, 2004, by members of the Kenner Police Department and charged with conspiracy to distribute marijuana and simple kidnapping. |
| Mandatory Condition | Robinson was arrested on July 4, 2003, by members of the New Orleans Police Department and charged with drunkenness and disturbing the peace. These charges were nol-prossed by the City Attorney on October 23, 2003. |
| Special Condition No. 4 | Robinson has paid a total of $215.00 towards his court ordered fine. |

DATE OF ENTRY
APR 5 2004

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. 13

|  |  |
|---|---|
|  | His balance remains $2,785.00. |
| Special Condition No. 1 | Robinson failed to report for a life skills seminar on problem solving scheduled on November 10, 2002. Robinson has completed two of the five required sessions. |
| Special Condition No. 6 | Robinson failed to report to the Methodist Counseling Center on January 21, 2003, and May 12, 2003, for unscheduled urine tests. Robinson failed to report to Family Services on March 21, 2003, for a scheduled group meeting. Robinson failed to report to the U. S. Probation Office for an unscheduled urinalyses on March 2, 2004. |

**CUSTODIAL STATUS :**

Robinson is currently detained in the Jefferson Parish Correctional Center.

_Michael E. Fulham_
Michael E. Fulham
U.S. Probation Officer
March 30, 2004


REVIEWED BY:

_Stephanie H. Williams_
Stephanie H. Williams
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[✔] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_signature_
Signature of Judicial Officer

April 5, 2004
Date

Address of Offender:     1644 N. Claiborne
                         New Orleans, LA 70116


THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
  Original     - Clerk's Office
  1 Copy Certified   - U.S. Attorney
  1 Copy Certified   - U.S. Marshal's Office
  2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING