



MINUTE ENTRY
ENGELHARDT, J.
December 23, 2004

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-344 |
| OWEN ROBINSON | SECTION "N" |

The revocation hearing scheduled to be held in this matter on March 2, 2005, is reset to January 21, 2005, at 10:00 a.m.

cc:   United States Probation Office

DATE OF ENTRY
DEC 2 3 2004

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____