



MINUTE ENTRY
ENGELHARDT, J.
January 18, 2005

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-344 |
| OWEN ROBINSON | SECTION "N" |

The revocation hearing scheduled to be held in this matter on January 21, 2005, is reset to January 20, 2005, at 9:30 a.m.

cc:   United States Probation Office

DATE OF ENTRY
JAN 18 2005

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____