

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CIVIL ACTION |
|---|---|
| VERSUS | NO. 00-344 |
| OWEN ROBINSON | SECTION "N" |

JUDGE KURT D. ENGELHARDT PRESIDING

**THURSDAY, JANUARY 20, 2005 AT 9:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Rhonda Hardin

APPEARANCES: Mathew Coman, AUSA
            Virginia Schlueter, FPD

**RULE TO REVOKE SUPERVISED RELEASE:**

**Defendant present.**
**Defendant calls: Michael Fulham, sworn and testifies.**
            **Owen Robinson, sworn and testifies.**
            **Ronald Catalonotto, sworn and testifies.**
**Defendant rests.**
**Court finds that the defendant has violated the terms of his supervised release.**
**See Judgement in record.**
**Defendant remanded.**

DATE OF ENTRY
JAN 2 1 2005

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____