# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

OWEN MERLE ROBINSON

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-344 "N"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Owen Merle Robinson, 1644 N. Claiborne, New Orleans, LA 70116** (detained at Jefferson Parish Correctional Center at time of request from Probation Officer) and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  ( X ) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

**April 5, 2004   New Orleans, Louisiana**
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
J+C issued 01/20/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01/20/05 | Brian W. Fair DUSM | BVFair |

J+C issued 01/20/05

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

OWEN MERLE ROBINSON

**WARRANT FOR ARREST**

CASE NUMBER: CR 00-344 "N"

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Owen Merle Robinson, 1644 N. Claiborne, New Orleans, LA 70116** (detained at Jefferson Parish Correctional Center at time of request from Probation Officer) and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment     ( ) Information     ( ) Complaint     ( ) Order of Court     ( ) Probation Violation Petition     ( X ) Supervised Release Violation Petition     ( ) Violation Notice

charging him or her with alleged violations of supervised release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

**April 5, 2004   New Orleans, Louisiana**
Date and Location

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $_____     by _____
                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | COPY    COPY | COPY |