Prob12B (7/93)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Request for Modifying the Conditions Or Terms of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached )

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 17 PM 12:48

LORETTA G. WHYTE
CLERK

Name of Offender : OWEN MERLE ROBINSON           Case Number : 053L 2:00CR00344-001N

Name of Sentencing Judicial Officer : *Honorable Kurt D. Engelhardt

Offense : 18 U.S.C. 922(g)(1) and 924(a)(2) - Felon in possession of a firearm

Date of Sentence : **March 14, 2001

Sentence : 21 months in the custody of the Bureau of Prisons followed by a supervised release term of three years as to Count 1. It was also ordered that Robinson pay a fine in the amount of $3,000.00 to begin while incarcerated and pay a special assessment fee in the amount of $100.00 as to Count 1. **The original term of supervised release was revoked on January 20, 2005, and Robinson was sentenced to 14 months custody of the Bureau of Prisons followed by a supervised release term of 22 months.

Special Conditions :

1. Financial disclosure.
2. Financial restriction.
3. Orientation and life skills.
4. Drug treatment and testing.
5. Pay the balance of the $3,000.00 fine that remains unpaid at a rate of $30.00 per month.
6. Make good faith efforts to obtain a GED.
7. Maintain full-time employment with the City Wholesale Liquor Company or another employer.

Type of Supervision :     Supervised Release    Date Supervision Commenced :    September 02, 2006

*The Honorable Edith Brown Clement was the original sentencing Judge.

### PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.

[ X ]  To modify the conditions of supervision as follows:

The defendant shall reside at the City of Faith Halfway House located in Lafayette, Louisiana, for a period of four months and shall remain at that facility for the entire time specified unless discharged by the facility's director or at the recommendation of the probation officer.

### REASON FOR MODIFICATION :

Robinson was released to commence his supervised release term on September 2, 2006, at which time he resided with his girlfriend in Opelousas, Louisiana. Accordingly, the United States Probation Office in the Western District of Louisiana assumed supervision of his case. Unfortunately, Robinson and his girlfriend encountered numerous problems according to USPO Arthur Smith in the Western District of Louisiana since the onset of supervision. Robinson's paramour informed Officer Smith that she did not desire to have Robinson reside with her any longer. Additionally, Robinson was unemployed and his employment since his release had been sporadic. Therefore, the modification to place him in the halfway house was recommended.

Robinson is temporarily residing in Lafayette, Louisiana, with a friend who relocated to Lafayette from New Orleans after Hurricane Katrina but this residence, according to Officer Smith, is not equipped to meet the long term housing needs of Robinson. Therefore, he recommends that placement in the halfway house will allow Robinson

an opportunity to obtain employment and establish monetary savings to obtain future long term housing.

A copy of the Form 49B (Waiver of Hearing) is attached indicating Robinson agrees to this modification.

Kenny R. Dixon
U.S. Probation Officer
August 15, 2007

REVIEWED BY:

Stephanie H. Williams
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[ ] Submit a Request for Warrant or Summons
[ ] The Extension of Supervision as Noted Above
[✔] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Date August 17, 2007

**DISTRIBUTION:**
Original            - Clerk's Office
1 Copy Certified    - U.S. Attorney
1 Copy Certified    - Defense Counsel
2 Copies Certified  - U.S. Probation