PROB 49
(3/89)

# United States District Court

### for the
### Western District of Louisiana

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender agrees to have his term of supervised release modified to include a condition that he reside at the City of Faith Halfway House in Lafayette, Louisiana for a term of four (4) months, as the offender has no established residence in the Western District of Louisiana, and a stay at the halfway house will allow him an opportunity to obtain employment; and establish monetary savings for a future residence.

Witness _____  Signed _____
          U.S. Probation Officer                   Probationer or Supervised Releasee

_8-8-07_
Date