Prob12B (7/93)

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Louisiana



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JAN 15 PM 1:51

LORETTA G. WHYTE
CLERK

Request for Modifying the Conditions Or Terms of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing Attached )

**Name of Offender:** OWEN MERLE ROBINSON          **Case Number:** 053L 2:00CR00344-001N

**Name of Sentencing Judicial Officer:** *Honorable Kurt D. Engelhardt

**Offense:** 18 U.S.C. 922(g)(1) and 924(a)(2) - Felon in possession of a firearm

**Date of Sentence:** **March 14, 2001

**Sentence:** 21 months in the custody of the Bureau of Prisons followed by a supervised release term of three years as to Count 1. It was also ordered that Robinson pay a fine in the amount of $3,000.00 to begin while incarcerated and pay a special assessment fee in the amount of $100.00 as to Count 1. **The original term of supervised release was revoked on January 20, 2005, and Robinson was sentenced to 14 months custody of the Bureau of Prisons followed by a supervised release term of 22 months.

**Special Conditions:**

1. Financial disclosure.
2. Financial restriction.
3. Orientation and life skills.
4. Drug treatment and testing.
5. Pay the balance of the $3,000.00 fine that remains unpaid at a rate of $30.00 per month.
6. Make good faith efforts to obtain a GED.
7. Maintain full-time employment with the City Wholesale Liquor Company or another employer.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** September 02, 2006

*The Honorable Edith Brown Clement was the original sentencing Judge.

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.

[ X ]  To modify the conditions of supervision as follows:

The defendant shall reside at the City of Faith Halfway House located in Lafayette, Louisiana, for a term not to exceed July 1, 2008, as additional time is needed to establish monetary savings to sustain a personal residence outside of the halfway house. However, should the defendant establish necessary savings to sustain a residence outside of the halfway house prior to July 1, 2008, he may be discharged as directed by the probation office.

### REASON FOR MODIFICATION:

Robinson's supervision was transferred to the Western District of Louisiana on November 13, 2007. Robinson is currently being supervised in the Western District of Louisiana by United States Probation Officer Arthur J. Smith. Robinson has been residing at the City of Faith Halfway House in Lafayette, Louisiana, per order of the court since August 17, 2007. However, due to the fact he has had problems establishing a residence outside of the halfway house, it is requested that his stay be extended to allow additional time to establish a domicile independently of the halfway house.

A copy of the Form 49B (Waiver of Hearing) is attached indicating Robinson agrees to this modification.

\_\_\_ Fee \_\_\_
\_\_\_ Process \_\_\_
\_\_\_ Dktd \_\_\_
\_\_\_ CtRmDep \_\_\_
\_\_\_ Doc. No. \_\_\_

_Kenny R. Dixon /SHW_
Kenny R. Dixon
U.S. Probation Officer
January 11, 2007

REVIEWED BY:

_Stephanie H. Williams_
Stephanie H. Williams
Supervising U. S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] Submit a Request for Warrant or Summons
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

January 14, 2008
Date

**DISTRIBUTION:**
Original — Clerk's Office
1 Copy Certified — U.S. Attorney
1 Copy Certified — Defense Counsel
2 Copies Certified — U.S. Probation

PROB 49
(3/89)

# United States District Court

### for the
### Western District of Louisiana

#### Waiver of Hearing to Modify Conditions
#### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The offender agrees to have his supervised release modified to extend his stay at the City of Faith Halfway House in Lafayette, Louisiana for a term not to exceed July 1, 2008, as offender needs additional time to establish monetary savings to sustain a personal residence outside of the halfway house. Should the offender establish necessary savings to sustain a residence prior to July 1, 2008, he may be discharged as directed by the Probation Office.

Witness _____         Signed _____
        U.S. Probation Officer                          Probationer or Supervised Releasee

                        _____
                                Date                 12-6-07